Steven T. Densley, #7704
Union Pacific Railroad Company
280 South 400 West, Suite 250
Salt Lake City, UT 84101
Telephone: (801) 212-3985
Facsimile:  (801) 212-3978

Attorney for Union Pacific Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIM WHEELER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>    Defendant | **STIPULATION TO DISMISSAL**<br><br>Case No. 4:16-cv-461-REB<br>Chief U.S. Magistrate Judge Ronald E. Bush |

    Plaintiff, Tim Wheeler, and Defendant, Union Pacific Railroad Company, stipulate and agree that all issues in this case have been compromised and fully settled, and that the same may and should be dismissed with prejudice and upon its merits, each party to bear its own costs.

    DATED this 31ST day of October, 2016.

    /s/ STEVEN T. DENSLEY
    Steven T. Densley


    /s/ REED W. LARSEN
    Reed W. Larsen

## CERTIFICATE OF SERVICE

I hereby certify that on the  31st  day of October, 2016, a true, correct and complete copy of the foregoing was served upon the following attorneys in the manner indicated below:

| | |
|---|---|
| Reed W. Larsen<br>Cooper & Larsen, Chartered<br>151 North 3rd Avenue, Suite 210<br>P.O. Box 4229<br>Pocatello, ID 83205-4229 | ✓ U.S. Mail<br>___ Hand Delivered<br>___ Overnight<br>___ Facsimile<br>___ No Service |

_____